# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VICTOR L. OUTLOW  
514 MORGAN STREET, APT. 2  
ROCKFORD, IL 61102  

SSN-xxx-xx-4909

Case Number: 04-74770

Case filed on: 9/24/2004  
Plan Confirmed on: 12/17/2004  

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,278.41          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 817.00 | 817.00 | 817.00 | 0.00 |
|  | Total Priority | 817.00 | 817.00 | 817.00 | 0.00 |
| 998 | VICTOR L. OUTLOW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 1,650.00 | 1,650.00 | 1,650.00 | 185.57 |
|  | Total Secured | 1,650.00 | 1,650.00 | 1,650.00 | 185.57 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,818.28 | 2,000.98 | 94.85 | 0.00 |
| 002 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH-N-GO | 254.48 | 180.68 | 8.57 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 312.50 | 221.88 | 10.51 | 0.00 |
| 006 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 647.47 | 459.70 | 21.79 | 0.00 |
| 009 | JEFFERSON CAPITAL SYSTEMS, LLC | 213.53 | 151.61 | 7.18 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 680.28 | 483.00 | 22.89 | 0.00 |
| 011 | SBC CORPORATION | 320.13 | 227.29 | 10.77 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 5,274.98 | 3,745.24 | 177.53 | 0.00 |
|  | Total Unsecured | 10,521.65 | 7,470.38 | 354.09 | 0.00 |
|  | Grand Total: | 15,852.65 | 12,801.38 | 5,685.09 | 185.57 |

Total Paid Claimant: $5,870.66  
Trustee Allowance: $407.75  
Percent Paid Unsecured: 4.74  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008          By   /s/Heather M. Fagan